IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                        No. 4:08CR00139 SWW

SHELLY HILL AND RICKY CARPER

### FINAL ORDER OF FORFEITURE

WHEREAS, on August 5, 2009, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following:

a.   $55,900 in U. S. Currency found in Ricky Carper's vehicle;

b.   $849.00 in U. S. Currency seized on Shelly Hill's person;

c.   $6,652.00 seized on Ricky Carper's vehicle.

WHEREAS, the United States caused to be published on the forfeiture website, internet address of www.forfeiture.gov for thirty consecutive days beginning on August 19, 2009, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order. and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 21 U.S.C. § 853(p).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

  a.  $55,900 in U. S. Currency found in Ricky Carper's vehicle;

  b.  $849.00 in U. S. Currency seized on Shelly Hill's person;

  c.  $6,652.00 seized on Ricky Carper's vehicle.

are hereby forfeited to the United States of America pursuant to Title 21 U.S.C. § 853(p).

  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest in all of the property set forth above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

  IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

  IT IS SO ORDERED this 29th day of October, 2009.


  /s/Susan Webber Wright
  UNITED STATES DISTRICT JUDGE